No. 99–9947. MIKKILINENI *v.* GALLITZIN BOROUGH ET AL.; MIKKILINENI *v.* AMWEST SURETY INSURANCE CO. ET AL.; MIKKILINENI *v.* GIBSON-THOMAS ENGINEERING ET AL.; MIKKILINENI *v.* GIBSON-THOMAS ENGINEERING ET AL.; MIKKILINENI *v.* INDIANA COUNTY TRANSIT AUTHORITY ET AL.; MIKKILINENI *v.* BOROUGH OF FOREST HILLS ET AL.; and MIKKILINENI *v.* MALLORY ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein. Reported below: 216 F. 3d 1076 (second, third, sixth, and seventh judgments); 215 F. 3d 1315 (fourth and fifth judgments).

No. D–2167. IN RE DISBARMENT OF JACOBS. Disbarment entered. [For earlier order herein, see 530 U. S. 1258.]

No. D–2169. IN RE DISBARMENT OF BOOKER. Disbarment entered. [For earlier order herein, see 530 U. S. 1258.]

No. D–2174. IN RE DISBARMENT OF KIERPIEC. Disbarment entered. [For earlier order herein, see 530 U. S. 1258.]

No. D–2182. IN RE DISBARMENT OF SANDS. Disbarment entered. [For earlier order herein, see 530 U. S. 1288.]

No. D–2183. IN RE DISBARMENT OF VINING. Disbarment entered. [For earlier order herein, see 530 U. S. 1288.]

No. D–2191. IN RE DISBARMENT OF GARCIA. Due to mistaken identity, the order entered August 28, 2000 [530 U. S. 1294], is vacated, and the rule to show cause is discharged.